UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Malik Sanchez

                    Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELE CONFERENCE**

-CR-    ( )( )

Defendant _____Malik Sanchez_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing: prefer video:

__X__  Initial Appearance Before a Judicial Officer

____   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__  Bail/Detention Hearing

____   Conference Before a Judicial Officer

_____
Defendant's Signature  for Malik Sanchez
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Malik Sanchez_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Cleg H. Kaminsky_
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

April 14, 2021
Date

_____
**Ona T. Wang**
United States Magistrate Judge